# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 18, 2023

## NO. 03-23-00386-CV

**Anthony Leo Sheridan, Appellant**

**v.**

**Brandy Jones and Steve H. Jones, Appellees**

### APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES BAKER, TRIANA AND SMITH
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE TRIANA

This is an appeal from the judgment signed by the trial court on March 27, 2023. Having reviewed the record, the Court holds that Anthony Leo Sheridan has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.